Name and address:
Steven L. Woodrow
3900 E. Mexico Ave.
Suite 300
Denver, Colorado 80210

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Antoinette Herrera, et al.

Plaintiff(s)

v.

Soothe, Inc., a Delaware corporation

Defendant(s).

CASE NUMBER

8:18-cv-01753-DOC-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Woodrow, Steven L.                                                  of     Woodrow & Peluso, LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*            3900 E. Mexico Ave., Suite 300
720-213-0675          303-927-0809                                     Denver, Colorado 80210
*Telephone Number*    *Fax Number*
swoodrow@woodrowpeluso.com
*E-Mail Address*                                                       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Antoinette Herrera

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**
Aftergood, Aaron D.                                                 of    The Aftergood Law Firm
*Designee's Name (Last Name, First Name & Middle Initial)*                1880 Century Park East, Suite 200
239853          310-551-5221          310-496-2840                        Los Angeles, California 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
aaron@aftergoodesq.com
*E-Mail Address*                                                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                            _____
                                                            **U.S. District Judge/U.S. Magistrate Judge**