Name and address:
Patrick H. Peluso
3900 E. Mexico Ave.
Suite 300
Denver, Colorado 80210

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antoinette Herrera, et al. <br><br> Plaintiff(s) <br> v. <br><br> Soothe, Inc., a Delaware corporation <br><br> Defendant(s). | CASE NUMBER <br> 8:18-cv-01753-DOC-ADS <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Peluso, Patrick H.              of    Woodrow & Peluso, LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*    3900 E. Mexico Ave., Suite 300
720-213-0676      303-927-0809          Denver, Colorado 80210
*Telephone Number*   *Fax Number*
ppeluso@woodrowpeluso.com
*E-Mail Address*                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Antoinette Herrera

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* ___

**and designating as Local Counsel**

Aftergood, Aaron D.            of    The Aftergood Law Firm
*Designee's Name (Last Name, First Name & Middle Initial)*    1880 Century Park East, Suite 200
239853        310-551-5221    310-496-2840    Los Angeles, California 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
aaron@aftergoodesq.com
*E-Mail Address*                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____                           _____
                                        **U.S. District Judge/U.S. Magistrate Judge**