Name and address:
Taylor T. Smith
3900 E. Mexico Ave.
Suite 300
Denver, Colorado 80210

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Antoinette Herrera, et al. | CASE NUMBER |
|---|---|
| v.    Plaintiff(s) | 8:18-cv-01753-DOC-ADS |
| Soothe, Inc., a Delaware corporation | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Smith, Taylor T.       of    Woodrow & Peluso, LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*    3900 E. Mexico Ave., Suite 300
720-907-7628       303-927-0809    Denver, Colorado 80210
*Telephone Number       Fax Number*
tsmith@woodrowpeluso.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Antoinette Herrera

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Aftergood, Aaron D.       of    The Aftergood Law Firm
*Designee's Name (Last Name, First Name & Middle Initial)*    1880 Century Park East, Suite 200
239853       310-551-5221       310-496-2840    Los Angeles, California 90067
*Designee's Cal. Bar No.  Telephone Number   Fax Number*
aaron@aftergoodesq.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____    _____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1