Name and address:
Steven L. Woodrow
3900 E. Mexico Ave.
Suite 300
Denver, Colorado 80210

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antoinette Herrera, et al.<br><br>v.<br><br>Soothe, Inc., a Delaware corporation<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>8:18-cv-01753-DOC-ADS<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [13] |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Woodrow, Steven L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

720-213-0675     303-927-0809
*Telephone Number*     *Fax Number*

swoodrow@woodrowpeluso.com
*E-Mail Address*

of

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Antoinette Herrera

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Aftergood, Aaron D.
*Designee's Name (Last Name, First Name & Middle Initial)*

239853     310-551-5221     310-496-2840
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

aaron@aftergoodesq.com
*E-Mail Address*

of

The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, California 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated    October 3, 2018

*David O. Carter*
**DAVID O. CARTER, U.S. District Judge**