COOLEY LLP
MAZDA K. ANTIA (214963)
(mantia@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant
Soothe, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| ANTIONETTE HERRERA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOOTHE, INC., a Delaware corporation,<br><br>Defendant. | Case No.  8:18-cv-01753-DOC-ADS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Current response date: December 3, 2018<br>New response date:      January 2, 2019 |

**WHEREAS,** Plaintiff Antionette Herrera ("Plaintiff") filed this action on September 26, 2018 in the Central District of California against Defendant Soothe, Inc. ("Defendant").

**WHEREAS**, Defendant's deadline to answer or otherwise respond to the complaint is currently December 3, 2018.

**WHEREAS,** the parties are meeting and conferring, through counsel, regarding the complaint's allegations; and

**WHEREAS,** the parties desire to extend Defendant's deadline to answer or otherwise respond to the complaint for an additional thirty (30) days.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIP. TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO 8:18-cv-01753-DOC-ADS

**NOW, THEREFORE,** the parties to the above-captioned action hereby stipulate and agree that Defendant shall have until and including January 2, 2019 to file an answer or otherwise respond to the complaint.

Dated: November 20, 2018        COOLEY LLP

/s/ Darcie A. Tilly
Darcie A. Tilly (239715)
EMAIL: dtilly@cooley.com

Attorneys for Defendant
SOOTHE, INC.

*The filer, Darcie A. Tilly, attests that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.*

Dated: November 20, 2018        WOODROW & PELUSO

/s/ Steven Woodrow
Steven Woodrow (admitted *pro hac vice*)
EMAIL: swoodrow@woodrowpeluso.com

Attorneys for Plaintiff
ATOINETTE HERRERA